NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**U.S.I.A. UNDERWATER EQUIPMENT SALES CORPORATION,**
*Appellant*

v.

**DEPARTMENT OF HOMELAND SECURITY,**
*Appellee*

---

2014-1498

---

Appeal from the Civilian Board of Contract Appeals in No. CBCA 2579, Judge Jeri Kaylene Somers.

---

## JUDGMENT

---

JOSEPH GILBERT BILLINGS, Miles & Stockbridge P.C., Baltimore, MD, argued for appellant.

DOMENIQUE GRACE KIRCHNER, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by JOYCE R. BRANDA, ROBERT E. KIRSCHMAN, JR., MARTIN F. HOCKEY, JR.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (TARANTO, MAYER, and HUGHES, *Circuit Judges*).

**AFFIRMED.   *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


March 6, 2015                                      /s/   Daniel   E.   O'Toole
    Date                                           Daniel E. O'Toole
                                                   Clerk of Court